UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,**<br><br>                              **Plaintiff,**<br><br>         -against-<br><br>**DAINESE USA, INC.,**<br><br>                              **Defendant.** | **24-cv-05841 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  December 6, 2024
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**